# EXHIBIT A



**CORPORATION SERVICE COMPANY**

null / ALL
**Transmittal Number: 14989997**
**Date Processed: 04/04/2016**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Stevi Honaker<br>Volkswagen Group of America, Inc.<br>2200 Ferdinand Porsche Drive<br>Herndon, VA 20171-5884 |

| | |
|---|---|
| **Entity:** | Volkswagen Group of America, Inc.<br>Entity ID Number  0456194 |
| **Entity Served:** | Volkswagen Group of America, Inc. |
| **Title of Action:** | Lorraine Wilke vs. Volkswagen of Downtown Los Angeles |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Los Angeles County Superior Court, California |
| **Case/Reference No:** | BC613327 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/04/2016 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Steven L. Marchbanks<br>619-235-3200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Exhibit A, Page 9



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Volkswagen of Downtown Los Angeles, Volkswagen of Santa Monica, "Additional Parties Attachment Form is attached."

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Lorraine Wilke, Pete Wilke, Elizabeth Seaver, Martha Owens, Ronald Bankston, "Additional Parties Attachment Form is attached."

---

| FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
| --- |
| **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 1 0 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Judi Lara, Deputy |

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte desecho el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Los Angeles Superior Court-Stanley Mos<br><br>111 North Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):* **BC 6 1 3 3 2 7** |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven Marchbanks, Premier Legal Center APC; 501 W. Broadway, Ste 1095, SD, CA 92101; (619)235-3200

| DATE:<br>*(Fecha)* | SHERRI R. CARTER | Clerk, by JUDI LARA | , Deputy |
| --- | --- | --- | --- |
| | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL] MAR 1 02016

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
| --- | --- | --- |

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LORRAINE WILKE v. VOLKSWAGEN GROUP OF AMERICA | |

**INSTRUCTIONS FOR USE**

➔ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➔ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[✓] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

JAZMYN YOUNG, an individual, JORDAN GROPACK, an individual, MATTHEW COPPOLA, an individual, PHYLLIS REFFO, an individual, ARSALAN MOTAMEN, an individual, MANIJEH MOTAMEN, an individual, BENNY ISAAC, an individual, ROBERT PETRARCA, an individual, PAUL HILL, an individual, MARCO FLORES, an individual, RACHAEL EDSON, an individual, ROSEMARY TRUJILLO, an individual, HEIDI DAUWALTER, an individual, ROBERT MARTIN, an individual, JOHNNY IRAHOLA, an individual, THOMAS MIRANDA, an individual, EDWIN GUARDIA, an individual,
JANIA KNUROWSKY, an individual, RICHARD KLEINBERGER, an individual, JULIUS TADY, an individual, DAVID SCHIFFMAN, an individual, LESLEY GOLDBERG, an individual, JACINTO MENDOZA, an individual, SARA LINDSEY, an individual, KATHLEEN NEWCOM, an individual, JENNY EAKES, an individual, JAVIER CHAVEZ, an individual, ALEX BARKALOFF, an individual, NICK MARRUFO, an individual, ANTHONY LOJAC, an individual, KRISTEN DALY, an individual, KIMBERLY VERDIN, an individual, ROBERT DEAN, an individual, EDEN TUPLANO, an individual, CARLOS MUNGUIA, an individual, FORREST KLINE, an individual, LORI ZORN, an individual, TERRY SNYDER, an individual, ROBERT RAND, an individual, JOANN DEGANI, an individual, MARK NEYFELD, an individual, THEODORE MARKOVIC, an individual, SUREN SHAHMURDYAN, an individual, OMAR HERNANDEZ, an individual, LOWELL THOMPSON, an individual, ROSA HERRERA, an individual, DELIA CARREON, an individual, BETH BEARER, an individual, JENNIFER OH, an individual, MIGUEL FERNANDEZ, an individual, MISTY JARDINE, an individual, MARCOS LUTYENS, an individual, MICHELLE WRIGHT, an individual, and
CHRIS MAZOR, an individual.

Page __1__ of __2__

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

SUM-200(A)

| SHORT TITLE:<br>_ LORRAINE WILKE v. VOLKSWAGEN GROUP OF AMERICA | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

➔ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➔ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

VOLKSWAGEN OF VAN NUYS, a business, VOLKSWAGEN OF ALHAMBRA, a business, SUR MOTOR CARS, a corporation, TIMMONS VOLKSWAGEN OF LONG BEACH, a business, NEW CENTURY VOLKSWAGEN, a business, LIVINGSTON VOLKSWAGEN, a business, VOLKSWAGEN OF PASADENA, a business, VOLKSWAGEN GROUP OF AMERICA, INC., a corporation, and DOES 1 through 10, inclusive.

Page __2__ of __2__

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200     FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

| PLAINTIFF/PETITIONER: LORRAINE WILKE et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VOLKSWAGEN GROUP OF AMERICA, INC. et | BC 613327 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* summons attachments, notice of assignment, and POS 010, 015, 030

3. a. Party served *(specify name of party as shown on documents served):*
      Volkswagen Group of America, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Corporation Service Company - Agent for Service of Process

4. Address where the party was served:
   2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Exhibit A, Page 13

| PLAINTIFF/PETITIONER:  LORRAINE WILKE et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  VOLKSWAGEN GROUP OF AMERICA, INC. et | BC 613327 |

5.  c.  ☑  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):* March 31, 2016       (2)  from *(city):* San Diego

    (3)  ☑  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☐  as an individual defendant.
  b.  ☐  as the person sued under the fictitious name of *(specify):*
  c.  ☐  as occupant.
  d.  ☑  On behalf of *(specify):*   Volkswagen Group of America, Inc.
    under the following Code of Civil Procedure section:

    ☑  416.10 (corporation)           ☐  415.95 (business organization, form unknown)
    ☐  416.20 (defunct corporation)        ☐  416.60 (minor)
    ☐  416.30 (joint stock company/association)   ☐  416.70 (ward or conservatee)
    ☐  416.40 (association or partnership)     ☐  416.90 (authorized person)
    ☐  416.50 (public entity)            ☐  415.46 (occupant)
                                ☐  other:

7.  **Person who served papers**
  a.  Name:  Jermina Landstrom
  b.  Address:  501 W. Broadway, Ste. 1095, San Diego, CA 92101
  c.  Telephone number:  619-235-3200
  d.  **The fee** for service was:  $ 0
  e.  I am:

    (1)  ☑  not a registered California process server.
    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3)  ☐  a registered California process server:
        (i)  ☐  owner  ☐  employee  ☐  independent contractor.
        (ii)  Registration No.:
        (iii)  County:

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  March 31, 2016

Jermina Landstrom
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
                             (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**

Exhibit A, Page 14

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7014 2870 0000 8027 8600

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Volkswagen Group of America, Inc.*
*CSC - Corporation Service Company*
Street & Apt. No., or PO Box No. *2710 Gateway Oaks Dr, Ste. 150N*
City, State, ZIP+4 *Sacramento, CA 95833*

PS Form 3800, July 2014    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Volkswagen Group of America, Inc.
C/O CSC Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sally Su*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name) **Sally Su**   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 04 2016

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7014 2870 0000 8027 8600

PS Form 3811, July 2013    Domestic Return Receipt

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200     FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
|---|
| STREET ADDRESS: 111 North Hill Street |
| MAILING ADDRESS: Same |
| CITY AND ZIP CODE: Los Angeles, 90012 |
| BRANCH NAME: Stanley Mosk |

| PLAINTIFF/PETITIONER: LORRAINE WILKE, et al |
|---|
| DEFENDANT/RESPONDENT: Volkswagen Group of America, Inc., et al |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

TO *(insert name of party being served):* Volkswagen Group of America, Inc.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: March 31, 2016

Jermina Landstrom
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   Conformed Civil Case Cover Sheet, Conformed form CM010, Notice of Case Assignment, Forms POS 010, 015, and 030.

*(To be completed by recipient):*

Date this form is signed:

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

Exhibit A, Page 16

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks  (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste 1095<br>San Diego, CA 92101<br><br>TELEPHONE NO.: 619-235-3200          FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN GROUP OF AMERICA, INC. et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/31/16        I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

   ☑ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Corporation Service Company
   b. **Address** of person served:
      2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA 95833

   ☑ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2016

Michael VanGalio
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>*www.courtinfo.ca.gov* |
|---|---|---|

Exhibit A, Page 17

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200      FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF/PETITIONER: LORRAINE WILKE, et al

DEFENDANT/RESPONDENT: Volkswagen Group of America, Inc., et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

TO *(insert name of party being served):* Volkswagen Group of America, Inc.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 31, 2016

Jermina Landstrom
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓]   A copy of the summons and of the complaint.
2. [✓]   Other *(specify):*

Conformed Civil Case Cover Sheet, Conformed form CM010, Notice of Case Assignment, Forms POS 010, 015, and 030.

*(To be completed by recipient):*

Date this form is signed: _____

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

Exhibit A, Page 18

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste 1095<br>San Diego, CA 92101 | RECEIVED<br>APR 2 2 2016<br>FILING WINDOW |

TELEPHONE NO.: 619-235-3200   FAX NO. *(Optional):* 619-235-3300

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Plaintiffs

**FILED**
Superior Court of California
County of Los Angeles

APR 2 2 2016

Sherri R. Carter, Executive Officer/Clerk

By _____, Deputy
Ishayla Chambers

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 111 North Hill St.

MAILING ADDRESS: Same

CITY AND ZIP CODE: Los Angeles, 90012

BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN GROUP OF AMERICA, INC. et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1.  I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is:
    501 W. Broadway, Ste. 1095, San Diego, CA 92101

3.  On *(date):* 3/31/16   I mailed from *(city and state):* San Diego, CA
    the following **documents** *(specify):*
    Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

    ☑ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
    (form POS-030(D)).

4.  I served the documents by enclosing them in an envelope and *(check one):*
    a.  ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
    b.  ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
        business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
        placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
        a sealed envelope with postage fully prepaid.

5.  The envelope was addressed and mailed as follows:
    a.  **Name** of person served: Corporation Service Company
    b.  **Address** of person served:
        2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA 95833

    ☑ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
    by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2016   mv

Michael VanGalio
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

Exhibit A, Page 19

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Steven L. Marchbanks (SBN: 214686)
Premier Legal Center, A.P.C.
501 W. Broadway, Ste. 1095
San Diego, CA 92101
TELEPHONE NO.: 619-235-3200     FAX NO. (Optional): 619-235-3300
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs

**FILED**
Superior Court of California
County of Los Angeles

APR 2 1 2016

Sherri R. Carter, Executive Officer/Clerk

By_____, Deputy
Judi Lara

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

*RECEIVED*
*APR 2 1 2016*
*FILING WINDOW*

PLAINTIFF/PETITIONER: LORRAINE WILKE, et al

DEFENDANT/RESPONDENT: Livingston Volkswagen, Inc., et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: BC613327 |
|---|---|

TO (insert name of party being served): Livingston Volkswagen, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 31, 2016

Jermina Landstrom
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
    Conformed Civil Case Cover Sheet, Conformed form CM010, Notice of Case Assignment, Forms POS 010, 015, and 030.

*(To be completed by recipient):*

Date this form is signed:

LIVINGSTON VOLKSWAGEN
By MARA TURNIPSEED
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

Livingston Volkswagen
By Mara Turnipseed
▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Livingston VW Inc. - Stephen Livingston*
Street & Apt. No. or PO Box No. *21141 Ventura Blvd.*
City, State, ZIP+4 *Woodland Hills, CA 91364*

7014 2870 0000 8027 8525

PS Form 3800, July 2014    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Livingston Volkswagen, Inc.
Stephen C. Livingston
21141 Ventura Blvd
Woodland Hills, CA 91364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Monica Lopez*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*4/4/16*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7014 2870 0000 8027 8525

PS Form 3811, July 2013    Domestic Return Receipt

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Steven L. Marchbanks  (SBN: 214686)
Premier Legal Center, A.P.C.
501 W. Broadway, Ste 1095
San Diego, CA 92101

TELEPHONE NO.: 619-235-3200          FAX NO. *(Optional):* 619-235-3300
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiffs

**FILED**
Superior Court of California
County of Los Angeles

APR 2 1 2016

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Judi Lara

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: LIVINGSTON VOLKSWAGEN, INC. et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BC613327 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/31/16        I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Stephen C. Livingston
   b. **Address** of person served:
      21141 Ventura Blvd.
      Woodland Hills, CA 91364

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/16

Michael VanGalio
_____              ▶ _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)              (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>*www.courtinfo.ca.gov* |
|---|---|---|

Exhibit A, Page 22

POS-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Steven L. Marchbanks  (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste 1095<br>San Diego, CA 92101<br><br>TELEPHONE NO.: 619-235-3200   FAX NO. (Optional): 619-235-3300<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY<br><br>*RECEIVED*<br>*APR 2 1 2016*<br>*FILING WINDOW*<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>APR 2 1 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Judi Lara |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN OF VAN NUYS, et al

| | |
|---|---|
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:<br>BC613327  037 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date)* 3/31/16         I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Volkswagen of Van Nuys
   b. **Address** of person served:
      6115 Van Nuys Blvd.
      Van Nuys, CA 91401

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2016

Michael VanGalio
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)               ► _____ (SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7014 2870 0000 8027 8570

Sent To *Volkswagen of Van Nuys*
Street & Apt. No. or PO Box No. *6115 Van Nuys Blvd*
City, State, ZIP+4 *Van Nuys, CA 90266*

PS Form 3800, July 2014                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Volkswagen of Van Nuys
6115 Van Nuys Blvd
Van Nuys, CA 90266

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)       7014 2870 0000 8027 8570

PS Form 3811, July 2013            Domestic Return Receipt

Exhibit A, Page 24

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200   FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

| PLAINTIFF/PETITIONER: LORRAINE WILKE et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Volkswagen of Downtown Los Angeles, L.P. et al. | BC 613327 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓]  summons
   b. [✓]  complaint
   c. [ ]  Alternative Dispute Resolution (ADR) package
   d. [✓]  Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ]  cross-complaint
   f. [✓]  other *(specify documents):* summons attachments, notice of assignment, and POS 010, 015, 030

**RECEIVED**
**APR 06 2016**
BY: FG via mail

3. a. Party served *(specify name of party as shown on documents served):*
      Volkswagen of Downtown Los Angeles, L.P.

   b. [✓]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Darryl Holter - Agent for Service of Process

4. Address where the party was served:
   714 West Olympic Blvd., Suite 1142, Los Angeles, CA 90015

5. I served the party *(check proper box)*
   a. [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                      (2) at *(time):*
   b. [ ]  **by substituted service.** On *(date):*            at *(time):*            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*            from *(city):*            **or** [ ]  a declaration of mailing is attached.

      (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**
Exhibit A, Page 25

| PLAINTIFF/PETITIONER: LORRAINE WILKE et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Volkswagen of Downtown Los Angeles, L.P. et al. | BC 613327 |

5.  c.  ☑  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*: March 31, 2016     (2) from *(city)*: San Diego

    (3)  ☑  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d.  ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  ☐  as an individual defendant.
   b.  ☐  as the person sued under the fictitious name of *(specify):*
   c.  ☐  as occupant.
   d.  ☑  On behalf of *(specify):*  Volkswagen of Downtown Los Angeles, L.P.
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☑ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**
   a.  Name: Jermina Landstrom
   b.  Address: 501 W. Broadway, Ste. 1095, San Diego, CA 92101
   c.  Telephone number: 619-235-3200
   d.  **The fee** for service was: $ 0
   e.  I am:

    (1)  ☑  not a registered California process server.
    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3)  ☐  a registered California process server:
      (i)  ☐  owner  ☐  employee  ☐  independent contractor.
      (ii)  Registration No.:
      (iii)  County:

8.  ☑  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9.  ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 31, 2016

Jermina Landstrom
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
    (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**

Exhibit A, Page 26

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200    FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Stanley Mosk |

| |
|---|
| PLAINTIFF/PETITIONER: LORRAINE WILKE, et al |
| DEFENDANT/RESPONDENT: Volkswagen of Downtown Los Angeles, L.P. et al |

| | |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC613327 |

TO *(insert name of party being served):* Volkswagen of Downtown Los Angeles, L.P.

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 31, 2016

Jermina Landstrom
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   Conformed Civil Case Cover Sheet, Conformed form CM010, Notice of Case Assignment, Forms POS 010, 015, and 030.

*(To be completed by recipient):*

Date this form is signed: _____

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Exhibit A, Page 27

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste. 1095<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-235-3200   FAX NO. *(Optional)*: 619-235-3300<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF/PETITIONER: LORRAINE WILKE, et al

DEFENDANT/RESPONDENT: Volkswagen of Downtown Los Angeles, L.P. et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

TO *(insert name of party being served):* Volkswagen of Downtown Los Angeles, L.P.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 31, 2016

Jermina Landstrom
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   Conformed Civil Case Cover Sheet, Conformed form CM010, Notice of Case Assignment, Forms POS 010, 015, and 030.

*(To be completed by recipient):*

Date this form is signed: _____

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Exhibit A, Page 28

POS-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Steven L. Marchbanks  (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste 1095<br>San Diego, CA 92101<br><br>TELEPHONE NO.:619-235-3200          FAX NO. *(Optional):* 619-235-3300<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | *FOR COURT USE ONLY*<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>APR 2 2 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Shaunya Bolden |

RECEIVED APR 22 2016 FILING WINDOW

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN OF DOWNTOWN LOS ANGELES, L.P., et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/31/16        I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

   ☑ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Darryl Holter - Agent for Service of Process
   b. **Address** of person served:
      714 West Olympic Blvd. Suite 1142,
      Los Angeles, CA 90015

   ☑ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31 2016

Michael VanGalio
_____          ▶ _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>*www.courtinfo.ca.gov* |

Exhibit A, Page 29

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7014 2870 0000 8027 8594

Sent To *Volkswagen of Downtown LA, L.P.*
*Darryl Holter - Agent*
Street & Apt. No.; or PO Box No. *714 West Olympic Blvd, Ste 1142*
City, State, ZIP+4 *Los Angeles, CA 90015*

PS Form 3800, July 2014         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Volkswagen of Downtown LA, L.P.
   Darryl Holter
   714 West Olympic Blvd, Suite 1142
   Los Angeles, CA 90015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) *J. NAVARRO*   C. Date of Delivery *4/4/16*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7014 2870 0000 8027 8594

PS Form 3811, July 2013         Domestic Return Receipt

Exhibit A, Page 30

POS-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Steven L. Marchbanks  (SBN: 214686)
Premier Legal Center, A.P.C.
501 W. Broadway, Ste 1095
San Diego, CA 92101

*RECEIVED*
*APR 22 2016*
*FILING WINDOW*

FOR COURT USE ONLY

TELEPHONE NO.:619-235-3200    FAX NO. *(Optional):*619-235-3300
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiffs

*FILED*
Superior Court of California
County of Los Angeles

APR 22 2016

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
          Shaunya Bolden

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN OF ALHAMBRA, INC., et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BC613327 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):*: 3/31/16  I mailed from *(city and state):* San Diego, CA
   the following documents *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case
   Cover Sheet, and pos forms 010, 015, and 030.

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [  ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
   business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
   placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
   a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Richard A. Wilson
   b. **Address** of person served:
      130 North Sierra Madre Blvd.
      Pasadena, CA 91107

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
   by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2016

Michael VanGalio
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
*www.courtinfo.ca.gov*

Exhibit A, Page 31

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Volkswagen of Alhambra, Inc.*
Street & Apt. No. *Richard A. Wilson – Agent*
or PO Box No. *130 North Sierra Madre, Blvd.*
City, State, ZIP+4 *Pasadena, CA 91107*

PS Form 3800, July 2014                    See Reverse for Instructions

7014 2870 0000 8027 8563

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Volkswagen of Alhambra, Inc.
Richard A Wilson
130 North Sierra Madre Blvd
Pasadena, CA 91107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bren_                    ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
_Lecic Ap_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

                                    APR 01 2016

3. Service Type
   ☐ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7014 2870 0000 8027 8563

PS Form 3811, July 2013          Domestic Return Receipt

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven L. Marchbanks  (SBN: 214686)<br>Premier Legal Center, A.P.C.<br>501 W. Broadway, Ste 1095<br>San Diego, CA 92101 | RECEIVED<br>APR 2 2 2016<br>FILING WINDOW |

TELEPHONE NO.: 619-235-3200   FAX NO. *(Optional):* 619-235-3300

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Plaintiffs

FILED
Superior Court of California
County of Los Angeles

APR 2 2 2016

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Shaunya Bolden

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: VOLKSWAGEN OF PASADENA, INC. et al

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC613327 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/31/16   I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case
   Cover Sheet, and pos forms 010, 015, and 030.

   ☑ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
      business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
      placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
      a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Richard A. Wilson
   b. **Address** of person served:

      130 North Sierra Madre Blvd.,
      Pasadena, CA 91107

   ☑ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
   by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/16

Michael VanGalio
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]
**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

Exhibit A, Page 33

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7014 2870 0000 8027 8518

Sent To *Volkswagen of Pasadena, Inc.*
*Richard A. Wilson - Agent*
Street & Apt. No. *130 North Sierra Madre Blvd.*
or PO Box No.
City, State, ZIP+4 *Pasadena, CA 91107*

PS Form 3800, July 2014        See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Volkswagen of Pasadena, Inc.
Richard A. Wilson
130 North Sierra Madre Blvd
Pasadena, CA 91107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7014 2870 0000 8027 8518

PS Form 3811, July 2013        Domestic Return Receipt

Exhibit A, Page 34

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Steven L. Marchbanks  (SBN: 214686)
Premier Legal Center, A.P.C.
501 W. Broadway, Ste 1095
San Diego, CA 92101

TELEPHONE NO.: 619-235-3200          FAX NO. *(Optional):* 619-235-3300
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: NEW CENTURY VOLKSWAGEN, INC. et al

**FILED**
Superior Court of California
County of Los Angeles

APR 22 2016

Sherri R. Carter, Executive Officer/Clerk
By _____ , Deputy
       Judi Lara

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BC613327   D32 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

**RECEIVED**

**APR 22 2016**

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/31/16   I mailed from *(city and state):* San Diego, CA   **FILING WINDOW**
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case
   Cover Sheet, and pos forms 010, 015, and 030.

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
       (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
       business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
       placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
       a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Dennis Tzu Chien Lin
   b. **Address** of person served:
      1220 S. Brand Blvd.
      Glendale, CA 91204

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service*
       *by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/16

Michael VanGalio
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
*www.courtinfo.ca.gov*

Exhibit A, Page 35

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7014 2870 0000 8027 8532

Sent To  *New Century Volkswagen, Inc.*
*Dennis Tzu Chien Lin - Agent*
Street & Apt. No. or PO Box No.  *1220 S. Brand Ave.*
City, State, ZIP+4  *Glendale, CA 91204*

PS Form 3800, July 2014     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New Century Volkswagen Inc.

Dennis Tzu Chien Lin

1220 S. Brand Blvd

Glendale, CA 91204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
*Cony Sunda4 4-16*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7014 2870 0000 8027 8532

PS Form 3811, July 2013          Domestic Return Receipt

Exhibit A, Page 36

POS-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Steven L. Marchbanks  (SBN: 214686)
Premier Legal Center, A.P.C.
501 W. Broadway, Ste 1095
San Diego, CA 92101

*RECEIVED*
*APR 2 2 2016*
*FILING WINDOW*

TELEPHONE NO: 619-235-3200          FAX NO. *(Optional):* 619-235-3300
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiffs

**FOR COURT USE ONLY**

**FILED**
Superior Court of California
County of Los Angeles

APR 22 2016

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Raul Sanchez

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Superior Court of Los Angeles- Stanley Mosk

PETITIONER/PLAINTIFF: LORAINNE WILKE, et al

RESPONDENT/DEFENDANT: TIMMONS VOLKSWAGEN OF LONG BEACH. et al

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER: BC613327 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   501 W. Broadway, Ste. 1095, San Diego, CA 92101

3. On *(date):* 3/26/2016          I mailed from *(city and state):* San Diego, CA
   the following **documents** *(specify):*
   Conformed Complaint, Conformed Summons and Attachments, Notice of Case Assignment, Civil Case Cover Sheet, and pos forms 010, 015, and 030.

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Timmons Volkswagen of Long Beach
   b. **Address** of person served:
      3940 Cherry Ave.
      Long Beach, CA 90807

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2016   *mv*

Michael VanGalio
_____               ▶ _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)            (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
*www.courtinfo.ca.gov*

Exhibit A, Page 37

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7014 2870 0000 8027 8549

Sent To
*Timmons Volkswagen of Long Beach*
Street & Apt. No.
or PO Box No. *3940 Cherry Ave.*
City, State, ZIP+4
*Long Beach CA 90807*

PS Form 3800, July 2014          See Reverse for Instructions

---

**...ER: COMPLETE THIS SECTION**

...mplete items 1, 2, and 3. Also complete
...m 4 if Restricted Delivery is desired.
...t your name and address on the reverse
...hat we can return the card to you.
...ch this card to the back of the mailpiece,
...n the front if space permits.

...e Addressed to:

...mons Volkswagen of Long Beach
3940 Cherry Ave
Long Beach, CA 90807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Gaigas*
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

...umber
...rom service label)    7014 2870 0000 8027 8549

...311, July 2013          Domestic Return Receipt

04/26/2016

Exhibit A, Page 38